**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In Re: Amelia M. Macario      Case No.: 10–34897 TEC 7
      Debtor(s)      Chapter: 7

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

    **Notice is given** the debtor(s) having failed to comply with this court's Order for Individuals in Chapter 7, Chapter 11, and Chapter 13 Cases to File Required Documents After Case Conversion. , filed on 1/1/11 , it is ordered that this case is hereby **dismissed**.

Dated: 1/31/11      By the Court:

                             Thomas E. Carlson
                             United States Bankruptcy Judge